UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dexter Lee McKoy**  **Docket No. 5:24-CR-186-1BO**

**Petition for Action on Supervised Release**

COMES NOW Wesley J. Jackson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dexter Lee McKoy, who, upon an earlier plea of guilty to Counts 1 and 2- Interference with Commerce by Robbery, in violation of 18 U.S.C. § 951(a), and Count 3- Carry and Use, by Brandishing, a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii), was sentenced in the Middle District of North Carolina by the Honorable James A. Beaty, Jr., United States District Judge, on February 20, 2013, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dexter Lee McKoy was released from custody on December 27, 2023, at which time the term of supervised release commenced in the Eastern District of North Carolina. On February 6, 2024, due to the defendant testing positive for marijuana on January 18, 2024, a violation notice was forwarded to the Middle District of North Carolina. On March 27, 2024, due to the defendant testing positive for marijuana on March 14, 2024, a violation notice was forwarded to the Middle District of North Carolina. On May 15, 2024, after the defendant tested positive for marijuana on April 24, 2024, the Eastern District of North Carolina Probation Office requested a Transfer of Jurisdiction from the Middle District of North Carolina so any future violations can be handled in our court. On June 7, 2024, a Transfer of Jurisdiction was received from the Middle District of North Carolina and assigned to the Honorable Terrence W. Boyle, United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 24, 2024, the defendant submitted a urine sample that tested positive for marijuana. The test was sent to the National Lab and confirmation was received that the sample was positive for marijuana. When confronted with the positive results, the defendant denied using marijuana since his previous positive drug test on March 14, 2024. Due to the defendant denying new use of marijuana, an interpretation request was sent to the National Lab to determine if the defendant reused marijuana since his March 14, 2024, drug test. On May 14, 2024, the probation office received confirmation from the National Lab that the defendant reused marijuana following his drug test on March 14, 2024. The defendant is enrolled in substance abuse treatment and the Surprise Urinalysis Program. As a sanction for this conduct, and to deter future drug use, we would respectfully recommend that his supervision be modified to include 30 days curfew with RF monitoring. The defendant is aware that if he continues to use drugs, a Motion for Revocation may be filed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Dexter Lee McKoy
Docket No. 5:24-CR-186-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Wesley J. Jackson
Wesley J. Jackson
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2551
Executed On: June 17, 2024

ORDER OF THE COURT

Considered and ordered this 17 day of June, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge